**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher Killips,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BYL Collection Services LLC,<br><br>　　　　　Defendant. | No. CV-21-00435-PHX-DLR<br><br>**ORDER** |

　　　　Plaintiff, through counsel, initiated this action on March 12, 2021.  (Doc. 1.)  On July 23, 2021, counsel for Plaintiff moved to withdraw, citing a "complete breakdown in their relationship" and Plaintiff's refusal to communicate with counsel.  (Doc. 16 at 2.)  The Court granted counsel's motion to withdraw on August 3, 2021, leaving Plaintiff to proceed *pro se*.  (Doc. 19.)  Subsequently, Defendant was unable to connect with Plaintiff, and Plaintiff failed to participate in the preparation of a proposed case management plan and to appear at the September 28, 2021 scheduling conference.  (Docs. 23, 24.)  The Court therefore authorized Defendant to file a motion to dismiss for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b).  (*Id.*)  Defendant filed its motion on October 1, 2021.  (Doc. 25.)  Plaintiff failed to respond, and the deadline for doing so has passed.

　　　　Defendant's motion is granted for two independent reasons.  First, Local Rule of Civil Procedure 7.2(i) provides that if an unrepresented party fails to respond to a motion, the Court may deem that failure to be a consent to the granting of the motion.  Plaintiff

failed to file a response to Defendant's motion to dismiss, and the Court therefore deems that failure to be a consent to the granting of Defendant's motion. Second, Defendant's motion is well-taken on the merits. Plaintiff stopped communicating with his former attorney at some point before July 23, 2021, and since then has failed to exchange initial disclosures, participate in the preparation of proposed case management plan, appear at the scheduling conference, or respond to the instant motion. Under these circumstances, dismissal for failure to prosecute is warranted.

**IT IS ORDERED** that Defendant's motion to dismiss for failure to prosecute (Doc. 25) is **GRANTED**. This action is dismissed. The Clerk of the Court is directed to terminate this case.

**IT IS FURTHER ORDERED** that, if Defendant believes there is a statutory or contractual basis for an award of attorney's fees, Defendant may file a motion seeking those fees in accordance with Local Rule of Civil Procedure 54.2.

Dated this 20th day of October, 2021.

Douglas L. Rayes
United States District Judge